IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| FREESHONE CORNELIUS McLEOD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KAREN CARTER, Warden III, )<br>et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>1:23cv130-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) The 28 U.S.C. § 2254 petition for writ of habeas corpus (Doc. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals to file a successive petition.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2023.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE